*Exhibit 001*

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

7011 0110 0000 9206 5247

OFFICIAL USE

| | | | |
|---|---|---|---|
| Postage | $ | $0.45 | 0383 |
| Certified Fee | | $2.95 | 04 |
| Return Receipt Fee (Endorsement Required) | | $2.35 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $5.75 | 06/13/2012 |

Sent To _Meskel W Ab_
Street, Apt No.; or PO Box No. _2240 E. Imperial Hwy_
City, State, ZIP+4 _El Segundo, CA 90245_

PS Form 3800, August 2006          See Reverse for Instructions