When I entered into contract negotiations with Direct TV it was with the understanding that I would have 12 months of the premium channels for the initial low starting price of $44.99 minus $10 for 10 months for a referral. Now Direct TV has taken $124.98 from my account for premium channels on the 21st of July, instead of the agreed and previously used 13th of each month.

I talked with Arnold (100556311), he agreed to put the $124.98 back into my account, put a hold on my account and stop any further premium channels. However, this is not what I agreed to back in June. I have all my notes from that CSR (Stepanie) and the manager (Craig) who approved the 12 months of premium channels for 12 months.

Whether the CSR or manager made any notes for whether they've been deleted with time is not my concern. I have my notes from that conversation and your employees are your responsibility and your obligation to uphold them. I won't go into the employment law at this time but since I have my notes in detail for every month since then plus my cell phone statements I'm sure any court will rule in my favor.

I will be back in Missoula, Montana in October and at that time, if necessary, I will file charges for breach of contract in federal court.

Sincerely,

Ronald Fisher

PS I will be sending copies of my notes and this email to Mr. White.